**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------X

NICK KOZAK PHOTOGRAPHY LLC,　　　　:

　　　　　Plaintiff,　　　　　　　　　　:　　　Case No. 1:25-cv-07499-LAP

　　v.　　　　　　　　　　　　　　　　　:

　　　　　　　　　　　　　　　　　　　　:　　　**ORDER OF DISMISSAL**

RED SEAT VENTURES, LLC　　　　　　　:

　　　　　　　　　　　　　　　　　　　　:

　　　　　Defendants.　　　　　　　　　　:

-------------------------------------------------------X

The Court has been informed that the parties have reached a settlement in principle in this case. Accordingly, it is hereby

ORDERED that this action is dismissed without costs and without prejudice to restoring the action to the Court's calendar, provided the application to restore the action is made within thirty (30) days of this Order in the event the settlement agreement is not completed and executed. Any such application filed after thirty days from the date of this Order may be denied solely on that basis. The Clerk of Court is respectfully directed to close the case. *and to mark any pending motions denied as moot.*

SO ORDERED.

Dated: *Nov. 25, 2025*

_____
Hon. Loretta A. Preska, U.S.D.J.